IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NEELKAMAL SOARES, M.D., et al., :
:
    Plaintiffs, :
v. : 4:17-CV-855
: (JUDGE MARIANI)
GEISINGER HEALTH SYSTEM, et al., :
:
    Defendants. :

FILED
SCRANTON
JUN 21 2017
PER _____
DEPUTY CLERK

ORDER

AND NOW, THIS 21st DAY OF JUNE, 2017, upon receiving notice from the Plaintiffs that they are dismissing their action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), (Doc. 11), **IT IS HEREBY ORDERED THAT** the above captioned matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge